UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-898 (DSD/TNL)

Richard Anyiam Anyanwu,

        Petitioner,

                                       **ORDER**

v.

Board of Immigration Appeals,

        Respondent.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Tony N. Leung dated May 13, 2020 (R&R). Petitioner objects to the R&R but does not raise any specific objections to the R&R's findings or determinations. Accordingly, for the reasons stated in the R&R,

**IT IS HEREBY ORDERED** that:

1.    The R&R [ECF No. 9] is adopted in its entirety;

2.    The petition for writ of habeas corpus [ECF No. 1] is denied without prejudice;

3.    Petitioner's pending motions [ECF Nos. 2, 3] are denied as moot; and

4.    This action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 3, 2020

                        s/David S. Doty
                        David S. Doty, Judge
                        United States District Court